U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

JAN 2 3 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| SHEILA SINER BROUSSARD | CIVIL ACTION 13-2239 |
| VERSUS | JUDGE HAIK |
| COMMISSIONER OF THE SOCIAL SECURITY ADMIN. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick Hanna for Report and Recommendation.  After an independent review of the record, and noting the absence of objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.  As such, it is hereby

ORDERED:

The decision of the Commissioner is **AFFIRMED** and this matter is **DISMISSED WITH PREJUDICE.**

THUS DONE and SIGNED on this 22nd day of January, 2015.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA